**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Jeffrey K. Riffer (SBN 87016)
Julie Z. Kimball (SBN 252449)
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499
Email: jriffer@elkinskalt.com
       jkimball@elkinskalt.com

Attorneys for Plaintiff Robert A. Daly Jr.

**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
Brianna R. Howard (SBN 314642)
Mitchell L. Turbenson (SBN 346024)
2029 Century Park East, Suite 1400
Los Angeles, CA 91364
Telephone: 424.204.4333
Fax: 424.204.4350
Email: humphreyss@ballardspahr.com
       howardbr@ballardspahr.com
       turbensonm@ballarspahr.com

Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver for First Republic Bank

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. DALY JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First Republic Bank,<br><br>　　　　　Defendant. | **Case No. 3:24-cv-00242-EMC**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESET SETTLEMENT CONFERENCE DATE**<br><br>Complaint Filed:　January 1, 2024<br>Trial Date:　　　August 24, 2026<br><br>Prior Settlement Conference: December 2, 2025<br>New Settlement Conference: TBD |

# JOINT STIPULATION

Plaintiff Robert A. Daly Jr. ("Plaintiff") and Defendant Federal Deposit Insurance Corporation as Receiver for First Republic Bank ("FDIC-R") (the "Parties"), by and through their undersigned counsel, hereby STIPULATE and AGREE as follows:

WHEREAS, the Parties were scheduled to appear before the Honorable Peter J. Kang for a settlement conference on December 2, 2025 (*See* Dkt. Nos. 95, 97, 98);

WHEREAS, due to an unexpected medical emergency by the FDIC-R's representative, the Parties jointly stipulated and Magistrate Kang agreed to reschedule the Settlement Conference from December 2, 2025 to a mutually-available date in January 2026 with proposed dates to be submitted by the Parties (*See* Dkt. 101);

NOW THEREFORE, the Parties respectfully propose that the Settlement Conference proceed before Magistrate Kang on **January 13, 14, 15, or 21,** with the 21st being preferable. The Parties have already exchanged and submitted settlement conference statements to Magistrate Kang.

**IT IS SO STIPULATED**

Dated: December 12, 2025           **ELKINS KALT WEINTRAUB REUNBEN GARTSIDE LLP**

By:   */s/ Julie Z. Kimball*
         Jeffrey K. Riffer
         Julie Z. Kimball

Counsel for Plaintiff Robert A. Daly Jr.

Dated: December 12, 2025           **BALLARD SPAHR LLP**

By:   */s/ Scott S. Humphreys*
         Scott S. Humphreys
         Brianna R. Howard
         Mitchell L. Turbenson

Counsel for Federal Deposit Insurance Corporation as Receiver for First Republic Bank

Pursuant to L.R. 5-1(i)(3), the filer of this document attests that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Stipulation, the Court hereby ORDERS that the settlement conference in this action shall be continued to January **21**, 2026, at **1:00 p.m.**  The settlement conference shall take place in-person.  If a party has at least one person with full authority to settle and at least one counsel of record both present in-person at the settlement conference, other representatives of that party may attend by Zoom.

IT IS SO ORDERED

DATED:   12/12/2025

_____
HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE